B6A (Official Form 6A) (12/07)

In re  Kevin J. Wright                                                       , Case No. 15-17104
                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2526 Annin Street Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 2605 Annin Street Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 2710 Annin Street Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 2536 Annin Street Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 1459 North Dover Street Philadelphia, PA | | - | 50,000.00 | 0.00 |
| 1453 N. Myrtlewood Street Philadelphia, PA | | - | 50,000.00 | 0.00 |
| 1912 Catherine Street Philadelphia, PA | | - | 250,000.00 | 195,933.00 |
| 1916 Catharine Street Philadelphia, PA | | - | 350,000.00 | 200,000.00 |
| 1215 Montrose Street Philadelphia, PA | | - | 200,000.00 | 0.00 |
| 3235 N. 22nd Street Philadelphia, PA | | - | 200,000.00 | 0.00 |
| 3801 Haverford Avenue Philadelphia, PA | | - | 150,000.00 | 0.00 |
| 1410 N. Dover Street Philadelphia, PA | | - | 30,000.00 | 0.00 |

Sub-Total >   1,380,000.00   (Total of this page)

__2__ continuation sheets attached to the Schedule of Real Property

In re  Kevin J. Wright, Debtor    Case No. 15-17104

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1017 S. Paxon Street<br>Philadelphia, PA | | - | 53,000.00 | 0.00 |
| 2113 Fitzwater Street<br>Philadelphia, PA | | - | 200,000.00 | 200,000.00 |
| 2409 W. Sedgley Avenue<br>Philadelphia, PA | | - | 70,000.00 | 0.00 |
| 442 N. 60th Street<br>Philadelphia, PA | | - | 100,000.00 | 54,000.00 |
| 444-448 N. 60th Street<br>Philadelphia, PA | | - | 250,000.00 | 50,000.00 |
| 14 Green Lane<br>Bristol, PA | Fee simple | - | 100,000.00 | 0.00 |
| 1435 N. Myrtlewood Street<br>Philadelphia, PA | | - | 35,000.00 | 0.00 |
| 423 Lincoln Avenue<br>Pottstown PA | Fee simple | - | 87,000.00 | 67,000.00 |
| 1439 N. Myrtlewood Street<br>Philadelphia, PA | | - | 35,000.00 | 0.00 |
| 1214 Christian Street<br>Philadelphia, PA | | - | 200,000.00 | 243,488.00 |
| 403 37th Ave.South<br>North Mrytle Beach, SC 29582 | | - | 350,000.00 | 525,000.00 |
| 405 S. 30th Ave.<br>North Mrytle Beach, SC 29582 | | - | 75,000.00 | 0.00 |
| 2525 Annin Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 2523 Annin Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 1462 N. Newkirk Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| | | Sub-Total > | 1,630,000.00 | (Total of this page) |

Sheet 1 of 2 continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   Kevin J. Wright, Debtor

Case No. 15-17104

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2707 Ingram Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 2520 Annin Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 1260 N. Dover Street<br>Philadelphia, PA | | - | 50,000.00 | 0.00 |
| 1228 N. Dover Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |
| 1500 N. Myrtlewood Street<br>Philadelphia, PA | | - | 25,000.00 | 0.00 |

Sub-Total >    150,000.00    (Total of this page)

Total >    3,160,000.00

Sheet  2  of  2  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy