## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Kevin Wright                Bank: Wells Fargo
Bankruptcy Number: 15-17104                Account Number: 9754951599
Date of Confirmation: 9-30-19              Account Type: Checking
Reporting Period (month/year): Oct/Nov/Dec 2019

Beginning Cash Balance:                                $158,420.68

All receipts received by the debtor:

Cash Sales:                                            $0
Collection of Accounts Receivable / Income:            $36,342.53
Proceeds from Litigation (settlement or otherwise):    $0
Sale of Debtor's Assets:                               $0
Capital Infusion pursuant to the Plan:                 $36,342.53
Total of cash received:                                $194,763.21

Total of cash available:                               $194,763.21

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:                    $134,785.75

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:                              $627 Trustee

All other disbursements made in the ordinary course:   $57,211.41

Total Disbursements                                    $192,624.16
Ending Cash Balance                                    $2,139.05

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/20/2020         Kevin Wright  Owner
Date              Name/Title

Debtor: Kevin Wright
Case Number: 15-17104