## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>KEVIN  WRIGHT<br><br><br>**Debtor(s),** | **Bankruptcy No:**  15-17104<br><br>**Chapter:** 11<br><br>**Judge:** Honorable Ashely M. Chan |
|---|---|

**Hearing Date and Time:**  December 15, 2021 at 12:30 pm.

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

On or about November 18, 2021 Debtor(s) filed a MOTION TO SET ASIDE SHERIFF'S SALE.

    1. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before December 15, 2021, you or your attorney **must file a response to the Motion**.  (See instructions below.)

    3.  A hearing on the Motion is scheduled to be held on December 15, 2021 at 12:30 pm. The hearing will be conducted telephonically.  The hearing call in information for Judge Chan is as follows: Phone Number: 1.877.873.8017 Access Code: 3027681. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

    4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

    5.  You may contact the Bankruptcy Clerk's office(s) in Philadelphia at **215-408-2800** or Reading at **610-208-5040** to find out whether the hearing has been canceled because a response was not filed.

    6.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from Attorney Michael Alan Siddons, whose name and address are listed below.

    7.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your Response electronically.

8.  If you are not required to file electronically, you must file your Response with the bankruptcy court located at (Telephonic Appearance).

9.  If you mail your Response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before December 15, 2021.

10.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney at this address:  230 N. Monroe Street, Media, Media, PA 19063.

DATED:  November 18, 2021

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street
Media,  PA 19063
*Phone:* 610-255-7500
*Email:* msiddons@siddonslaw.com