**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
Media, PA 19063
Phone: 610-255-7500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>KEVIN WRIGHT<br><br>Debtor(s), | Bankruptcy No: 15-17104<br><br>Chapter: 11<br><br>Judge: Honorable Ashely M. Chan |
|---|---|

### CERTIFICATE OF SERVICE

I, Michael Alan Siddons, attorney for Debtor(s), hereby certify that on November 18, 2021 a true and correct copy of the Notice of Motion, MOTION TO SET ASIDE SHERIFF'S SALE was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

| | |
|---|---|
| US Trustee<br>*via ECF* | George M. Conway, Trustee<br>*via ECF* |

DATED: November 18, 2021

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: <br><br> KEVIN WRIGHT <br><br><br> **Debtor(s),** | Bankruptcy No: 15-17104 <br><br> Chapter: 11 <br><br> Judge: Honorable Ashely M. Chan |
|---|---|

**Hearing Date and Time:** December 15, 2021 at 12:30 pm.

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

On or about November 18, 2021 Debtor(s) filed a MOTION TO SET ASIDE SHERIFF'S SALE.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before December 15, 2021, you or your attorney **must file a response to the Motion**. (See instructions below.)

3. A hearing on the Motion is scheduled to be held on December 15, 2021 at 12:30 pm. The hearing will be conducted telephonically. The hearing call in information for Judge Chan is as follows: Phone Number: 1.877.873.8017 Access Code: 3027681. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at **215-408-2800** or Reading at **610-208-5040** to find out whether the hearing has been canceled because a response was not filed.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from Attorney Michael Alan Siddons, whose name and address are listed below.

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your Response electronically.

8. If you are not required to file electronically, you must file your Response with the bankruptcy court located at (Telephonic Appearance).

9. If you mail your Response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before December 15, 2021.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney at this address: 230 N. Monroe Street, Media, Media, PA 19063.

DATED: November 18, 2021

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street
Media, PA 19063
*Phone:* 610-255-7500
*Email:* msiddons@siddonslaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>**KEVIN J. WRIGHT**<br>      **DEBTOR** | )<br>)<br>) Chapter 11<br>)<br>) Case No. 15-17104-amc<br>) |

### MOTION TO SET ASIDE SHERIFF'S SALE

**AND NOW**, comes the Debtor, Kevin J. Wright ("Wright") and files this Motion to Set Aside Sheriff's Sale (the "Motion") and in support thereof avers as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are § 105 of the Bankruptcy Code.

### PARTIES

2. Movant, Kevin J. Wright ("Debtor"), is the owner of 14 Green Lane, Bristol, Pennsylvania 19007 (the "Property").

3. Respondent, the Bucks County Tax Claim Bureau (the "Bucks County"), is a municipality in Bucks County, Commonwealth of Pennsylvania is a local government entity and taxing authority which owns, operates, manages, directs, and controls the Buck's Sheriff's Department, all of which are also named as Respondents in this action.

4. Respondent Bucks County Sheriff's Office (the "Sheriff") is a municipal department which is owned, controlled, managed, and directed by Bucks County with a principal place of business at 100 N. Main Street, Floor B2, Doylestown, Pennsylvania 18901.

5.  Respondent, ADR Investments, LLC ("ADR"), is a Pennsylvania limited liability company engaged in the real estate business with a principal place of business at 7998 New Falls Road, Pennsylvania 19055.

## FACTS

6.  On October 1, 2015, Wright filed a Chapter 11 Petition in the United States Bankruptcy Court Eastern District of Pennsylvania at case No. 15-17104-amc (the "Chapter 11 Case").

7.  Kevin J. Wright ("Debtor") is the owner of 14 Green Lane, Bristol, Pennsylvania 19007 (the "Property").

8.  On or about September 18, 2018, the Debtor became aware that the Property was being exposed to a Bucks County Upset Tax Sale and prompted informed Michael Kaliner, Esq. (Debtor's Bankruptcy Counsel") of the sale.

9.  Debtor's Bankruptcy Counsel went to the Bucks County Courthouse on the Sale Date and met with John Torrente, Esquire, then Solicitor for the Bucks County Tax Claim Bureau, and advised him of the pending Bankruptcy (he seemed to already have known about it). Mr. Torrente advised Debtor's Bankruptcy Counsel that the Property would be removed from the sale list. I did not receive any communication from the Solicitor that the sale was postponed to the November list. The current Solicitor for the Tax Claim Bureau provided me with documentation from the Tax Claim Bureau. The documents fail to reference Debtor's bankruptcy or the reason for the postponement of the sale of the Property.[1]

10.  After the commencement of Debtor's Chapter 11 case, ADR was the prevailing bidder on the Property, which Debtor then owned, at a Bucks County Upset Tax lien sale held November 15, 2018 (the "2015 Tax Sale").

---

[1] See Declaration of Michael Kaliner, Esquire in support of Debtor's Motion to Set Aside Sale attached hereto as Exhibit "A."

**RELIEF REQUESTED**

11.    Based upon facts and circumstances as set forth above, the Debtor submits that the Property was sold in violation of 11 U.S.C. §362.

12.    Wright files the Motion for purposes of obtaining an order 1) declaring the sale void and set aside; 2) permitting this Court's order to be recorded with the City of Philadelphia Department of Records in lieu of filing a corrective deed; and 3) providing that the bid price tendered at the Upset Sale be refunded to the Purchaser.

**WHEREFORE**, the Debtor respectfully requests that this Court grant the Motion in accordance with the Proposed Order attached hereto.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:   /s/ Michael A. Siddons
      MICHAEL ALAN SIDDONS, ESQUIRE
      230 N. Monroe Street-P.O. Box 403
      Media, PA 19063
      610-255-7500-Office
      610-514-5904-Facsimile
      msiddons@siddonslaw.com
      *Counsel for a Limited Purpose to Debtor Kevin J. Wright*

Dated: November 17, 2021

**DECLARATION OF MICHAEL KALINER, ESQUIRE
IN SUPPORT OF DEBTOR'S MOTIONTO SET ASIDE UPSET TAX SALE WITH
REGARD TO PROPERTY LOCATED AT 14 GREEN LANE, BRISTOL, PA 19007**

I, Michael Kaliner, Esquire, of full age, being duly sworn according to law, hereby declare as follows:

1. I am an attorney and admitted to practice in the Commonwealth of Pennsylvania and before this Court.

2. For 27 years I served as Chapter 7 bankruptcy trustee under the supervision of the United States Trustee for the Eastern District of Pennsylvania.

3. I operate a law firm known as the Law Office of Adelstein & Kaliner, P.C. 3993 Huntingdon Pike, Suite 210, Huntingdon Valley, PA.

4. I am the lead attorney for Kevin J. Wright ("Debtor") in the matter docketed as: *In re: Kevin J. Wright*, USBC ED of PA 15-17104-amc, Chapter 11.

5. I submit this Declaration (the "Declaration") on my own behalf in support of the Motion (the "Motion") of Kevin J. Wright (the "Debtor"), for entry of an order, granting a Motion to Set Aside Sheriff Sale. Except as otherwise indicated herein, I have a personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

**BACKGROUND**

6. On October 1, 2015 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court").

7. Shortly before the Bucks County Upset Tax sale on 9/18/2018, the Debtor forwarded to me the Notice of Tax Sale for his Property located at 14 Green Lane, Bristol, PA 19007 ("Property").

8. On the sale date I went to the Bucks County Courthouse, I met with John Torrente, Esq., then Solicitor for the Bucks County Tax Claim Bureau, and advised him of the pending Bankruptcy (he seemed to already have known about it). Mr. Torrente advised me that the Property would be removed from the sale list. Expecting that it would be permanently deferred, I left before the sales were announced. I did not receive any communication from the Solicitor that the sale was postponed to the November list. The current Solicitor for the Tax Claim Bureau provided me with documentation from the Tax Claim Bureau. The documents fail to reference Debtor's bankruptcy or the reason for the postponement of the sale of the Property.

9. When I learned of the sale in May 2019 I communicated with Mr. Torrente, who didn't recall my attending the sale and/or advising of the Bankruptcy.

        Respectfully submitted,

        **THE LAW OFFICE OF ADELSTEIN & KALINER, P.C.**

        By:  */s/ Michael Kaliner*
            MICHAEL KALINER, ESQUIRE

Dated: November 18, 2021

```
Label Matrix for local noticing           (p)CITY OF PHILADELPHIA LAW DEPARTMENT      Cliveden Nursing & Rehabilitation Center PA
0313-2                                    MUNICIPAL SERVICES BUILDING                 c/o Morris & Adelman, P.C.
Case 15-17104-amc                         1401 JOHN F KENNEDY BLVD 5TH FLOOR          P.O. Box 2235
Eastern District of Pennsylvania          PHILADELPHIA PA 19102-1617                  Bala Cynwyd, PA 19004-6235
Philadelphia
Thu Nov 18 15:46:16 EST 2021

Conestoga Bank, successor to First Penn Bank   Keller Williams Center City            Montgomery County Tax Claim Bureau
c/o Charles N. Shurr, Jr., Esquire             1619 Walnut Street                     c/o Michael D. Vagnoni, Esquire
Kozloff Stoudt                                 Philadelphia, PA 19103-5419            Centre Square West, Suite 3400
2640 Westview Drive                                                                   1500 Market Street
Wyomissing, PA 19610-1186                                                             Philadelphia, PA 19102-2100


Pottstown School District/Borough of Pottsto   United States Trustee                  Velocity Commercial Capital
c/o Portnoff Law Associates, Ltd.              Office of the U.S. Trustee             c/o Jonathan J. Bart, Esquire
P.O. Box 3020                                  200 Chestnut Street                    Two Penn Center
Norristown, PA 19404-3020                      Suite 502                              Suite 910
                                               Philadelphia, PA 19106-2908            Philadelphia, PA 19102-1742


WSFS Bank, successor to Beneficial Bank and    Philadelphia                           American InfoSource LP as agent for
c/o Charles N. Shurr, Jr., Esquire             900 Market Street                      Midland Funding LLC
Kozloff Stoudt                                 Suite 400                              P. O. Box 268941
2640 Westview Drive                            Philadelphia, PA 19107-4233            Oklahoma City, OK  73126-8941
Wyomissing, PA 19610-1186


Betty Igbenedian                               Borough of Pottstown                   Borough of Pottstown/Pottstown Borough Autho
6144 N. Marshall St                            c/o Portnoff Law Associates, Ltd.      c/o Portnoff Law Associates, Ltd.
Philadelphia, PA 19120-1331                    P. O. Box 3020                         P.O. Box 3020
                                               Norristown, PA 19404-3020              Norristown, PA 19404-3020


CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UN   City of Philadelphia, Law Dept - Tax Unit   Cliveden Nursing & Rehabilitation Center PA
BANKRUPTCY GROUP, MSB                          Municipal Services Building            6400 Green Street
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR          1401 John F. Kennedy Blvd., 5th Floor  Philadelphia PA 19119-3231
PHILADELPHIA, PA 19102-1640                    Philadelphia, PA 19102-1617


Coba, Inc.                                     Conestoga Bank                         Conestoga Bank, successor by merger to First
Phillip D. Berger, Esquire                     Attn:  Val Jones                       Kozloff Stoudt
450 N. Narberth Ave                            165 Pottstown Pike                     2640 Westview Drive
Narberth, PA 19072-1822                        Chester Springs, PA 19425-9518         Wyomissing, PA 19610-1186


Dolores Wright                                 Eric A. George,Esquire                 Eric Estes
2239 Fitzwater St                              530 W. Butler Avenue                   P. O. Box 2185
Philadelphia, PA 19146-1132                    Chalfont PA 18914-3209                 N Myrtle Beach, SC 29598-2185


Eric George, Esq.                              (p)INTERNAL REVENUE SERVICE            Midland Credit Management, Inc.
530 W. Butler Ave                              CENTRALIZED INSOLVENCY OPERATIONS      8875 Aero Drive, Suite 200
Chalfont, PA 18914-3209                        PO BOX 7346                            San Diego, CA 92123-2255
                                               PHILADELPHIA PA 19101-7346


Palisades Acquisition IX, LLC                  Pennsylvania Department of Revenue     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Vativ Recovery Solutions LLC, dba SMC          Bankruptcy Division PO BOX 280946      PO BOX 41067
As Agent for Palisades Acquisition IX, L       Harrisburg, PA 17128-0946              NORFOLK VA 23541-1067
P. O. Box 40728
Houston, TX  77240-0728
```

| | | |
|---|---|---|
| Pottstown School District<br>1000 Sandy Hill Rd, Suite 150<br>Norristown, PA 19401 | Pottstown School District<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | (p)RODDY DICKINSON HORRY COUNTY TREASURER<br>PO BOX 1828<br>CONWAY SC 29528-1828 |
| Stephanie Little, Esq.<br>P. O. Box 144<br>N. Myrtle Beach, SC 29597-0144 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | TD Bank<br>c/O MARTIN A. MOONEY<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New Loudon Road<br>Ste. 109<br>Latham, NY 12110-2190 |
| TD Bank NA<br>c/o Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>BNY Mellon Center<br>1735 Market Street, Suite 3750<br>Philadelphia, PA 19103-7532 | Velocity Commercial Capital, LLC<br>c/o Wilentz Goldman & Spitzer<br>Jonathan J. Bart, Esquire<br>Two Penn Center, Suite 910<br>Philadelphia, PA 19102-1742 | Water Revenue Bureau<br>c/o Pamela Elchert Thurmond<br>1401 JFK Blvd., 5th Floor<br>Phila., PA 19102-1663 |
| Eric A George<br>Law Offices of Eric A. George<br>530 W. Butler Ave.<br>Chalfont, PA 18914-3209 | JON M. ADELSTEIN<br>3993 Huntingdon Pike<br>Suite 210<br>Huntingdon Valley, PA 19006-1931 | Kevin J. Wright<br>2113 Fitzwater Street<br>Philadelphia, PA 19146-1212 |
| Kevin J. Wright<br>MAILING ADDRESS<br>P.O. Box 1381<br>Pottstown, PA 19464-0890 | MICHAEL ALAN SIDDONS<br>Law Office of Michael Alan Siddons Esq<br>230 N. Monroe Street<br>PO Box 403<br>Media, PA 19063-0403 | Robert H. Bembry,III<br>100 S. Borad Street<br>Suite 910<br>Philadelphia, PA 19110-1016 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Philadelphia<br>Law Revenue Department<br>c/o Pamela Elchert Thurmond<br>1401 JFK Boulevard<br>5th Floor, Municipal Services Bldg<br>Philadelphia, PA 19102 | (d)City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | IRS<br>PO BOX 21126<br>PHILA PA 19114 |
| Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541 | Roddy Dickinson<br>Horry County Treasurer<br>P. O. Box 602773<br>Charlotte NC 28260 | TD Bank<br>P. O. Box 9547<br>Portland, ME 04412<br>Attn: Bankruptcy Dept. |
| (d)TD Bank N.A.<br>Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 | (d)Water Revenue Bureau<br>City of Philadelphia<br>Law Dept.-Tax Unit<br>Bankruptcy Group, MSB<br>1401 JFK Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | (d)Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ADR Investments, LLC

(u)TD BANK, N.A

(d)Eric A George
Law Offices of Eric A. George
530 W. Butler Ave.
Chalfont, PA 18914-3209

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47